SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

YUSUF HARRIS,

                Petitioner,

-against-

JAMES T. CONWAY,
SUPERINTENDENT,

                Respondent.
------------------------------------------------------X

**CIVIL JUDGMENT**

08 Civ. 2451 (KMW)

Pursuant to the order issued **MAY 2 8 2008** by the Honorable Kimba M. Wood, Chief Judge, dismissing the petition under 28 U.S.C. § 2254 as untimely, it is,

ORDERED, ADJUDGED AND DECREED: That the petition be and it is hereby dismissed. 28 U.S.C. § 2244(d). As the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253(c). I certify pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.

SO ORDERED.

                                              /s/ Wood
                                          KIMBA M. WOOD
                                          Chief Judge

Dated: MAY 2 8 2008
      New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON ___5/30/08___.